IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| and STATE OF MARYLAND ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. Y-97-4185 |
| MAYOR AND CITY COUNCIL ) OF BALTIMORE, ) | |
| Defendant. ) | |

## WITHDRAWAL OF APPEARANCE

Denise Ferguson-Southard, hereby withdraws her appearance on behalf of Plaintiff, State of Maryland, Department of the Environment. Jennifer L. Wurzbacher will continue to represent the interests of the Plaintiff in the above-captioned matter.

_____
Denise Ferguson-Southard
Assistant Attorney General
Office of the Attorney General
Maryland Department of the
 Environment
2500 Broening Highway
Baltimore, Maryland 21224
(410) 631-3055

Federal Bar No.: 025035

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _6th_ day of _October_, 1999, a copy of the foregoing **WITHDRAWAL OF APPEARANCE** was sent, via first class mail, postage prepaid, to:

>P. Michael Cunningham
>Assistant United States Attorney
>6625 United States Courthouse
>101 West Lombard Street
>Baltimore, Maryland 21201
>
>Lois J. Shiffer
>Assistant Attorney General
>Environmental & Natural Resources Division
>United States Department of Justice
>Ben Franklin Station
>Washington, D.C. 20044
>
>Ralph Lindeman
>Environmental Enforcement Section
>United States Department of Justice
>P.O Box 7611
>Ben Franklin Station
>Washington, D.C. 20044-7611
>
>Joyce Howell, Esq.
>U.S. Environmental Protection Agency
>Region III
>841 Chestnut Street
>Philadelphia, Pennsylvania 19107
>
>Nadine Steinberg
>U.S. EPA
>401 M Street, S.W.
>MC 2243A
>Washington, DC 20460
>
>Mary Withum, Esq.
>Chris Rissetto, Esq.
>Reed, Smith, Shaw and McClay
>1301 K St., N.W.
>Suite 1100 E. Tower
>Washington, D.C. 20005

Keith Onsdorff, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
2000 Market Street
10th Floor
Philadelphia, Pennsylvania 19103

Denise Ferguson-Southard
Assistant Attorney General