UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

September 8, 2003

MEMORANDUM TO COUNSEL RE:    United States, et al. v. Mayor and City Council
of Baltimore
Civil #Y-97-4185

Dear Counsel:

On November 17, 1999, the Court approved a Consent Decree between (a) Plaintiffs, the United States and the State of Maryland, and (b) Defendant, Baltimore City. The Consent Decree required that Baltimore City complete three Supplemental Environmental Projects ("SEPs") pursuant to schedules attached to the Consent Decree.

On June 17, 2003, the parties lodged with the Court a Stipulated Amendment to Consent Decree, which revises the schedules for the completion of the projects. On July 2, 2003, in accordance with 28 C.F.R. § 50.7, the United States published notice of the proposed Stipulated Amendment in the Federal Register and solicited public comments for thirty days. The thirty days expired, and no public comment was received. The United States, with the consent of the other parties in this action, then filed a Motion to Enter Unchallenged Stipulated Amendment to Consent Decree.

The Court finds that the public has had an adequate opportunity to review and comment on the Stipulated Amendment. No comments were received, and the Court, therefore, GRANTS the Motion to Enter Unchallenged Stipulated Amendment to Consent Decree. The Court will enter the Stipulated Amendment herewith.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file