IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MARYLAND, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. Y-97-4185 ) |
| MAYOR AND CITY COUNCIL OF BALTIMORE, | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

For reasons stated in the Consent Motion filed by the United States on October 26, 2005, it is this 7TH day of November 2005, by the United States District Court for the District of Maryland ORDERED:

That the consent decree between the United States of America, the State of Maryland, and the Mayor and City Council of Baltimore entered by this Court on November 17, 1999, and all obligations thereunder, are hereby terminated.

_____
CHIEF UNITED STATES DISTRICT JUDGE
BENSON EVERETT LEGG

C/M CHAMBERS   11-8-05